UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60046 CR-SEITZ
MAGISTRATE BANDSTRA

18 U.S.C. §§ 2251(c)(1), (c)(2) and (e)
18 U.S.C. § 2422(b)
18 U.S.C. §§ 2423(b) and (f)
18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(a)(2)(A)
18 U.S.C. § 2252A(a)(2)(B)
18 U.S.C. § 2252A(a)(6)(C)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

v.

RAYMOND GEORGE BOHNING,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about October 30, 2003, to on or about November 8, 2003, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**RAYMOND GEORGE BOHNING,**

did knowingly and intentionally attempt to persuade, induce, entice, and coerce a minor, that is, M.B., to engage in sexually explicit conduct outside of the United States, for the purpose of producing a visual depiction of such conduct, and with the intent that such visual depiction be transported back to the United States, in violation of Title 18, United States Code, Sections 2251(c)(1), (c)(2) and (e).

## COUNT 2

From on or about October 30, 2003, to on or about November 8, 2003, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**RAYMOND GEORGE BOHNING,**

did knowingly and intentionally, by means of a facility of interstate and foreign commerce, that is, by computer via the Internet, attempt to persuade, induce, entice, and coerce M.B., a person who had not attained the age of 18 years, to engage in sexual activity for which a person could be charged with a criminal offense under the laws of the State of Florida, that is, the crime of lewd or lascivious conduct on a person less than 16 years of age, which would be a violation of Section 800.04 of the Florida Statutes;

In violation of Title 18, United States Code, Section 2422(b).

## COUNT 3

On or about November 4, 2003, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**RAYMOND GEORGE BOHNING,**

did knowingly and intentionally, by means of a facility of interstate and foreign commerce, that is, by computer via the Internet, attempt to persuade, induce, entice and coerce C.R., a person who had not attained the age of 18 years, to engage in sexual activity for which a person could be charged with a criminal offense under the law of the State of Florida, that is, the crime of lewd or lascivious conduct on a person less than 16 years of age, which would be a violation of Section 800.04 of the Florida Statutes;

In violation of Title 18, United States Code, Section 2422(b).

### COUNT 4

On or about November 6, 2003, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### RAYMOND GEORGE BOHNING,

a United States citizen, did knowingly and intentionally travel in foreign commerce, from the United States to Birmingham, England, for the purpose of engaging in illicit sexual conduct, that is, a sexual act (as defined in Title 18, United States Code, Section 2246) with M.B., a person who had attained the age of twelve years but had not attained the age of sixteen years, and who is at least four years younger than the defendant;

In violation of Title 18, United States Code, Sections 2423(b) and (f).

### COUNT 5

On or about November 6, 2003, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### RAYMOND GEORGE BOHNING,

did knowingly and intentionally transport in interstate and foreign commerce, by means of a computer, child pornography, that is, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct, in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

### COUNT 6

On or about November 6, 2003, in Broward County, in the Southern District of Florida, the defendant,

### RAYMOND GEORGE BOHNING,

3

did knowingly and intentionally possess material containing images of child pornography that had been transported in interstate and foreign commerce via the Internet, to wit: computer stored images with the file names: "sister9494031LG.jpg"; "nicole-1.jpg"; "!10yo_pussy.jpg"; "baby32.jpg"; "4yo_goddess04.jpg"; "4yo_goddess05.jpg"; "604.jpg"; "605.jpg"; "1055902083-pedomaniaco-GEMDHFNCFFMDHFN BFBMDHFNBJF% 255B1%255D.jpg"; "9033197LG.jpg"; "S57.jpg"; "Suck.jpg"; "!Cindy1.jpg"; "065.jpg"; "gringita_1.jpg"; "!219.jpg"; "%25252525C3%25252525B1.jpg"; "115lil.jpg"; and "!!7gl dd fck.jpg";

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNTS 7 AND 8

On or about the dates listed below, in Broward County, in the Southern District of Florida, the defendant,

## RAYMOND GEORGE BOHNING,

did knowingly and intentionally distribute child pornography, that is, visual depictions that had been shipped and transported in interstate and foreign commerce by computer, as follows:

| Count | Date | Title |
| --- | --- | --- |
| 7. | November 3, 2003 | bebe%20desvirgada.jpg |
| 8. | November 5, 2003 | !!!!!!!!!!incest03%5B1%5D.jpg |

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## COUNT 9

From on or about November 3, 2003 to on or about November 5, 2003, in Broward County, in the Southern District of Florida, the defendant,

## RAYMOND GEORGE BOHNING,

4

did knowingly and intentionally distribute, send and provide to M.B., a minor, visual depictions, that is, two (2) still images: bebe%20desvirgada.jpg; and !!!!!!!!!!incest03%5B1%5D.jpg, made or produced by electronic, mechanical, or other means, where such visual depictions are, or appear to be, of a minor engaging in sexually explicit conduct and which distribution and provision was accomplished by transmitting wire communications in interstate and foreign commerce, by computer via the Internet, for the purpose of inducing or persuading M.B. to participate in illegal sexual activity;

In violation of Title 18, United States Code, Sections 2252A(a)(6)(C) and 2252A(b)(1).

## COUNTS 10 THROUGH 13

On or about the dates listed below, in Broward County, in the Southern District of Florida, the defendant,

### RAYMOND GEORGE BOHNING,

did knowingly and intentionally receive material, namely still images, containing child pornography that had been shipped and transported in interstate and foreign commerce by computer via the Internet, as follows:

| Count | Date | Title |
| --- | --- | --- |
| 10. | July 7, 2003 | _yes_ 1 (1).jpg |
| 11. | July 8, 2003 | chupadita30.jpg |
| 12. | October 28, 2003 | 9a%2525252525C3%2525252525B1os.jpg; n02.jpg; n03.jpg; n04.jpg; n06.jpg, n10.jpg; and n11.jpg |
| 13. | October 29, 2003 | 011.jpg |

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and 2252A(b)(1).

5

## FORFEITURE

As a result of the foregoing offenses alleged in Counts 1 through 13 of this Indictment, the United States is entitled to forfeiture of, and the defendant,

**RAYMOND GEORGE BOHNING,**

shall forfeit to the United States, any and all personal property used or intended to be used in any manner to commit and to promote the commission of the aforementioned violations, including but not limited to a Toshiba laptop computer, serial number 13047467C.

Pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
ROBIN WAUGH-FARRETTA
ASSISTANT UNITED STATES ATTORNEY

_____
SHERRI A. STEPHAN
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### *PENALTY SHEET*

Defendant Name: <u>Raymond George Bohning</u>   Case No:_____

| | | |
|---|---|---|
| Count #: | 1: | ATTEMPT TO PRODUCE CHILD PORNOGRAPHY |
| | | Title 18, United States Code, Section 2251(c)(1) and 2251(e) |
| *Max Penalty: | | Fifteen (15) years mandatory minimum; Thirty (30) years' imprisonment; $250,000 fine; five (5) years' supervised release |
| Count #: | 2: | ENTICEMENT OF A MINOR TO ENGAGE IN SEXUAL ACTIVITY |
| | | Title 18, United States Code, Section 2422(b) |
| *Max Penalty: | | Five (5) years mandatory minimum; Thirty (30) years' imprisonment; $250,000 fine; five (5) years' supervised release |
| Count #: | 3: | ENTICEMENT OF A MINOR TO ENGAGE IN SEXUAL ACTIVITY |
| | | Title 18, United States Code, Section 2422(b) |
| *Max Penalty: | | Five (5) years mandatory minimum; Thirty (30) years' imprisonment; $250,000 fine; five (5) years' supervised release |
| Count #: | 4: | TRAVEL IN FOREIGN COMMERCE FOR PURPOSE OF ENGAGING IN ILLICIT SEXUAL CONDUCT |
| | | Title 18, United States Code, Section 2423(b) |
| *Max Penalty: | | Thirty (30) years' imprisonment; $250,000 fine; five (5) years' supervised release |
| Count #: | 5: | TRANSPORTATION OF CHILD PORNOGRAPHY |
| | | Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1) |
| *Max Penalty: | | Five (5) years mandatory minimum; Twenty (20) years' imprisonment; $250,000 fine; three (3) years' supervised release |

| | |
|---|---|
| Count #:       6: | POSSESSION OF CHILD PORNOGRAPHY |
| | Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2) |
| *Max Penalty: | Ten (10) years' imprisonment; $250,000 fine; three (3) years' supervised release |
| | |
| Count #:  7 & 8: | DISTRIBUTION OF CHILD PORNOGRAPHY |
| | Title 18, United States Code, Section 2252A(a)(2)(A) and 2252A(b)(1) |
| *Max Penalty: | Five (5) years imprisonment mandatory minimum; Twenty (20) years' imprisonment; $250,000 fine; three (3) years' supervised release |
| | |
| Count #:       9: | DISTRIBUTION OF VISUAL DEPICTIONS OF MINORS OR WHAT APPEARS TO BE MINORS ENGAGED IN SEXUALLY EXPLICIT CONDUCT |
| | Title 18, United States Code, Section 2252A(a)(6)(C) and 2252A(b)(1) |
| *Max Penalty: | Five (5) years imprisonment mandatory minimum; Twenty (20) years' imprisonment; $250,000 fine; three (3) years' supervised release |
| | |
| Count #:  10-13: | RECEIPT OF CHILD PORNOGRAPHY |
| | Title 18, United States Code, Section 2252A(a)(2)(B) and 2252A(b)(1) |
| *Max Penalty: | Five (5) years imprisonment mandatory minimum; Twenty (20) years' imprisonment; $250,000 fine; three (3) years' supervised release |

*Refers only to possible terms of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. 2003R02853 |
|---|---|

vs.

**RAYMOND GEORGE BOHNING,**
            **Defendant.        /**

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

Court Division: (Select One)

| | New Defendant(s) | Yes ___ | No ___ |
|---|---|---|---|
| ___ Miami       ___ Key West | Number of New Defendants | ___ | |
| _X_ FTL         ___ WPB ___ FTP | Total number of counts | ___ | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take __3-4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   | I   | 0 to 5 days    | _X_ | Petty    | ___ |
   | II  | 6 to 10 days   | ___ | Minor    | ___ |
   | III | 11 to 20 days  | ___ | Misdem.  | ___ |
   | IV  | 21 to 60 days  | ___ | Felony   | _X_ |
   | V   | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) __No__
   If yes:
   Magistrate Case No.    _____
   Related Miscellaneous numbers:    _____
   Defendant(s) in federal custody as of    _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the    _____     District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   ___ Yes   _x_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   ___ Yes  _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003?   ___ Yes  _x_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ?        ___ Yes  _x_ No

_____
Robin Waugh-Farretta, Assistant U.S. Attorney
Florida Bar No.: 537837

Penalty Sheet(s) attached                                    REV 1/14/04

No. 05656

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

RAYMOND GEORGE BOHNING

## INDICTMENT

18 USC §§2251(c)(1),(c)(2) and (e)
18 USC §2422(b)
18 USC §§2423(b) and (f)
18 USC §2252A(a)(1)
18 USC §2252A(a)(2)(A)
18 USC §2252A(a)(2)(B)
18 USC §2252A(a)(6)(C)
18 USC §2252A(a)(5)(B)
18 USC §2253

A true bill.

*[signature]*
Foreperson

Filed in open court this _____ day,
of _____ A.D. 2004

_____
Clerk

Bail, $ _____