UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60046-CR-BLOOM/VALLE

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**RAYMOND GEORGE BOHNING,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12 AND 13

**THIS CAUSE** came before me on January 13, 2023. Having conducted a hearing, I recommend as follows:

1. A Second Superseding Petition for Offender Under Supervision (the "Second Superseding Petition") was filed in this case on November 8, 2022. DE 161.

2. The Defendant appeared before me for a hearing on January 13, 2023. At the hearing, the Defendant admitted to Violation Numbers 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12 and 13 as set forth in the Second Superseding Petition. The Government agreed to dismiss Violation Number 4 at sentencing.

3. The possible maximum penalties faced by the Defendant were read into the record by the Government. The Defendant stated that he understood those penalties.

4. I questioned the Defendant on the record and made certain that he understood his right to an evidentiary hearing. The Defendant acknowledged that he understood his rights in that regard and further understood that if his admissions to

Violation Numbers 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12 and 13 are accepted, all that will remain will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

5. The Government proffered a factual basis for the Defendant's admissions. The Defendant agreed that the facts proffered by the Government are true and the Government could prove those facts if a hearing were held in this matter. Having heard the factual proffer and testimony, I find that the proffered facts establish a sufficient factual basis to support the Defendant's admissions to Violation Numbers 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12 and 13.

6. The parties agreed to jointly recommend a modification of the Defendant's future supervised release conditions. Specifically, the parties jointly recommend the following language be added to the terms and conditions of the Defendant's supervised release: "that the Defendant shall have no personal contact with children/minors under the age of 18, or contact through any intermediary or third party, including minor victim M.L. as described in the Second Superseding Petition Request."

**ACCORDINGLY**, based upon the Defendant's admissions under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of his supervised release as set forth in Violation Numbers 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12 and 13 of the Second Superseding Petition, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Beth Bloom, the United States District Judge assigned to this case. Pursuant to Federal Rule of Criminal

Procedure 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 19th day of January, 2023.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE